JAMES A. LEARY, as Executor of WILL W. BLACKMER, Deceased, Appellant and Respondent, *v.* CAPITOL TRUST COMPANY OF SCHENECTADY et al., Respondents and Appellants.

(Submitted January 22, 1934; decided February 27, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 640.)

DAVID A. BROWN, Appellant and Respondent, *v.* WALTER E. BEDELL et al., Appellants, and LESTER ALEXANDER et al., Respondents.

(Submitted January 22, 1934; decided February 27, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 177; 264 N. Y. 513.)

SARAH RUSS, Appellant, *v.* MADELINE RUSS, Respondent.

(Submitted January 22, 1934; decided February 27, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 625.)